UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MAJESTIC USA CAPITAL, INC., | Case No. |
| Debtor. | Joint Administration Pending |

| | |
|---|---|
| In re: | Chapter 11 |
| MAJESTIC CAPITAL, LTD., | Case No. |
| Debtor. | Joint Administration Pending |

| | |
|---|---|
| In re: | Chapter 11 |
| COMPENSATION RISK MANAGERS, LLC, | Case No. |
| Debtor. | Joint Administration Pending |

| | |
|---|---|
| In re: | Chapter 11 |
| COMPENSATION RISK MANAGERS OF CALIFORNIA, LLC | Case No. |
| Debtor. | Joint Administration Pending |

| | |
|---|---|
| In re: | Chapter 11 |
| EIMAR, LLC, | Case No. |
| Debtor. | Joint Administration Pending |

| | |
|---|---|
| In re: | Chapter 11 |
| EMBARCADERO INSURANCE HOLDINGS, INC., | Case No. |
| Debtor. | Joint Administration Pending |

## LIST OF CREDITORS HOLDING THIRTY (30) LARGEST UNSECURED CLAIMS

Following is the consolidated list of the creditors holding the thirty (30) largest unsecured claims of the above captioned debtors and debtors-in-possession (collectively, the "Debtors" and each, a "Debtor"). The list reflects amounts as of the petition date. The list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure and Local Rule 1007-2(a)(4). The list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(31); (ii) secured creditors unless the value of the collateral is such that a creditor's unsecured deficiency claim places the creditor among the holders of the thirty (30) largest unsecured claims; (iii) claims held by any of the Debtors' employees. Any amounts listed herein are estimated, subject to verification and later dispute. Without limiting the foregoing, the Debtors reserve their rights to dispute or challenge any claim on this list for any reason.

[remainder of page intentionally left blank]

| | Name of Creditor | Name, Complete Mailing Address, Telephone Number, Agent or Department of Creditor Familiar with Claim who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Set Off | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 1. | The Bank of New York Trust, Co., N.A. | The Bank of New York Trust, Co., N.A. 600 Travis Street, 50th Floor ATTN: CRM USA Holdings Trust I Houston, TX 77002 713-227-1600 | Guarantee | Unliquidated | 36,000,000.00 |
| 2. | Wilmington Trust Company | Wilmington Trust Company ATTN: Geoffrey Lewis Rodney Square North Wilmington DE 19890 302-636-6438 | | Unliquidated | 8,089,208.00 |
| 3. | Kramer Levin Naftalis & Frankel | Kramer Levin Naftalis & Frankel ATTN: Peter Kolevzon 1177 Avenue of the Americas New York, NY 10036 212-715-9234 | | Unliquidated | 550,474.19 |
| 4. | Lankler Siffert & Wohl, LLP | Lankler Siffter & Wohl, LLP ATTN: John Wing 500 Fifth Avenue New York, NY 10110 212-921-8399 | | Unliquidated | 189,901.44 |
| 5. | Appleby Service, Ltd. | Appleby Service, Ltd. ATTN: Brad Adderly Canon's Court Hamilton, Bermuda 441-295-1443 | | Unliquidated | 142,864.31 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | New York State Department of Taxation & Revenue | New York State Department of Taxation & Revenue PO Box 4136 Binghamton, NY 13902 607-721-8306 | | Unliquidated | 127,329.20 |
| 7. | Thompson West Payment Center | Thompson West Payment Center PO Box 64833 Saint Paul, MN 55164 800-328-4880 | | Unliquidated | 68,649.84 |
| 8. | Dunn & Bradstreet | Dunn & Bradstreet ATTN: Sheila Gulano 3501 Corporate Parkway Center Valley PA 18034 610-882-6210 | | Unliquidated | 31,385.00 |
| 9. | Insurance Marketing Agencies | Insurance Marketing Agency 306 Main Street Worcester MA 01613 | | Unliquidated | 25,006.95 |
| 10. | Georgeson, Inc. | Georgeson, Inc. ATTN  Sean O'Hara 36758 Treasury Center Chicago, IL 60694 212-440-9800 | | Unliquidated | 23,201.53 |
| 11. | Wholesale Retail Trust | Wholesale Retail Trust 20 Park Street Albany, NY  12207 | | Unliquidated | 15,012.25 |
| 12. | Brown & Brown Empire State | Brown & Brown Empire State 500 Plum Street Suite 200 Syracuse NY  13204 | | Unliquidated | 14,779.65 |

| | | | | | |
|---|---|---|---|---|---|
| 13. | Seward & Kissell, LLP | Seward & Kissell, LLP One Battery Park Plaza New York, NY 10004 212-574-1200 | | Unliquidated | 13,500.00 |
| 14. | Wichler & Gobetz, PC | Wichler & Gobetz, PC ATTN: Ken Gobetz 400 Rella Blvd. Suffern, NY 10901 845-368-1710 | | Unliquidated | 11,067.50 |
| 15. | Johnson & Lambert & Co. | Johnson & Lambert & Co. ATTN: Matthew Robinson PO Box 60096 Charlotte, NC 28260 | | Unliquidated | 10,685.00 |
| 16. | Spain Agency | Spain Agency 625 Route 6 Mahopac, NY 10541 | | Unliquidated | 7,631.31 |
| 17. | Garger Associates | Garger Associates 2112 Erie Blvd. East Syracuse, NY 13224 | | Unliquidated | 7,005.00 |
| 18. | Contractors Access Program, et al. | Contractors Access Program c/o Bickmore Risk Services ATTN Jeffrey Grubbs 1750 Creekside Oaks Drive, Suite 200 Sacramento CA 95833 916-244-1115 | | Unliquidated Contingent Dispute | Unknown |
| 19. | Mark Tanner Construction, Inc., et al. | Mark Tanner Construction, Inc. Paul Bartolini PO Box 3913 Truckee, CA 96160 530-587-4000 | | Unliquidated Contingent Disputed | Unknown |

| | | | | |
|---|---|---|---|---|
| 20. | California Plastering, Inc., et al. | California Plastering, Inc. Billie Nakamoto 10932 Tuxford Street Sun Valley, CA 91352 | | Unliquidated Contingent Disputed | Unknown |
| 21. | Healthcare Industry Trust of New York, et al. | Healthcare Industry Trust of New York Michael Pappa, Esq. 20 Park Street Albany, NY 12207 518-402-7362 | | Unliquidated Contingent Disputed | Unknown |
| 22. | Beverly Munter | | | Unliquidated Contingent Disputed | Unknown |
| 23. | NYS Workers Compensation Board | NYS Workers Compensation Board Michael Pappa, Esq. NY State Workers' Compensation Board 20 Park Street Albany, NY 12207 | | Unliquidated Contingent Disputed | Unknown |
| 24. | Armstrong Brands, Inc., et al. | Armstrong Brands, Inc. Andrew Severson 1703 Union Street West Seneca, NY 14224 716-677-2900 | | Unliquidated Contingent Disputed | Unknown |
| 25. | 70 Sheldon Inc., et al. | 70 Sheldon Inc. Louis Tripi 77 West Dullard Ave Lancaster, NY 14066 716-681-3386 | | Unliquidated Contingent Disputed | Unknown |
| 26. | Arlen Senior Contracting of Central Islip, LLC, et al. | Arlen Senior Contracting of Central Islip, LLC Ralph Ciervo 377 Oak Street Suite 1 Garden City, NY 11530 516-745-0150 | | Unliquidated Contingent Disputed | Unknown |

| | | | | |
|---|---|---|---|---|
| 27. | Binghamton Giant Market, Inc. | Binghamton Giant Market, Inc. George Akel 100 Oakdale Rd Johnson City, NY 13790 607-763-8714 | | Unliquidated Contingent Disputed | Unknown |
| 28. | FS Kids, et al. | FS Kids Frank Budway 535 Division St N. Tonawonda, NY 14120 | | Unliquidated Contingent Disputed | Unknown |
| 29. | Three Brothers Electric, Inc., et al. | Three Brothers Electric, Inc., et al. Mark Kassay 6 Enterprise Drive Suite A E. Setauket, NY 11733 631-473-0911 | | Unliquidated Contingent Disputed | Unknown |
| 30. | H.C.F.A. Associates Corp., et al. | H.C.F.A. Associates Corp. Dba Healthcare Associates Catherine Martinez 24 Lohmaier Lane Lake Katrine, NY 12449 845-382-1200 | | Unliquidated Contingent Disputed | Unknown |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, undersigned authorized officer of the Debtors, declare under penalty of perjury that I

have read the foregoing list and that it is true and correct to the best of my knowledge,

information and belief, with reliance on appropriate corporate officers.

DATED: _April 29_, 2011

Signature: _/S/ James Scardino_
James Scardino
Chief Executive Officer

594982